UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | MBD Case No. 25-mc-91529-ADB |
| ) | |
| BETHANY TERRILL, ) | |
| ) | |
| Defendant.    ) | |

**ASSENTED TO MOTION FOR EXCLUSION OF TIME AND TO EXTEND THE TIME TO INDICT TO AUGUST 28, 2025**

The United States of America, by Leah B. Foley, U.S. Attorney, and Luke A. Goldworm, Assistant U.S. Attorney, respectfully moves this Court to grant a continuance of the time within which an indictment or information must be filed, and exclude the time period from November 16, 2025 through and including December 16, 2025, from the speedy trial clock, pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A) of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts (effective December 2008), on the ground that the ends of justice served by granting the requested continuance and excluding these periods outweigh the best interests of the public and the defendant in a speedy trial. The government further asks this Court to issue the attached proposed *Order of Continuance and Excludable Delay*.

In support of the motion the government states as follows:

1. Bethany Terrill is charged by criminal complaint, 25-MJ-08524-PGL, with threatening a United States Official, in violation of 18 U.S.C. § 115(a)(1)(B).

2. Legere was brought into federal custody and made his initial appearance before this Court on October 16, 2025. *See* 25-MJ-08524-PGL.

1

3. The government moved for detention at the initial hearing, the defendant was released on conditions by the Court at the time of the hearing on October 16, 2025, and as a result the defendant is not in custody pending trial.

4. Pursuant to 18 U.S.C. § 3161(b), and 3161(h)(1)(D), the government has until November 16, 2025, to indict Terrill or file an information.

5. The government is seeking time to engage in further pre-indictment discussions regarding a possible disposition in the case. The government expects that such discussions are likely to further the interests of justice and promote judicial efficiency.

6. The requested exclusion of time will also permit the parties time to review the voluminous evidence in this case, which includes numerous digital devices, and the subsequent forensic review required of each device in order to review them.

7. The government has consulted with defense counsel who has agreed to this request.

8. The government submits that the delay resulting from the extension of time for filing an indictment or information serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial.

Accordingly, the government asks the Court to enter an Order, pursuant to 18 U.S.C. §3161(b) and (h)(7), excluding thirty-days in the interests of justice and that extends the time within which an indictment or information must be filed in the above-captioned case until December 16, 2025.

        Respectfully submitted,

        LEAH B. FOLEY
        UNITED STATES ATTORNEY

By:   */s/ Luke A. Goldworm*
       Luke A. Goldworm
       Assistant U.S. Attorney

Dated: November 13, 2025

### Certificate of Compliance

The defendant's counsel assents.

        */s/ Luke A. Goldworm*
        Luke A. Goldworm,
        Assistant U.S. Attorney

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

    /s/ *Luke A. Goldworm*
Luke A. Goldworm,
Assistant U.S. Attorney

Dated: November 13, 2025

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>BETHANY TERRILL, )<br>)<br>        Defendant. ) | MBD Case No. 25-mc-91529-ADB |

## ORDER OF CONTINUANCE AND EXCLUDABLE DELAY

J. BURROUGHS

    Upon consideration of the governments' motion seeking an order of continuance and excludable delay, the Court finds as follows:

    1. The defendants have been charged with threatening a United States Official, in violation of 18 U.S.C. § 115(a)(1)(B), via criminal complaint in case 25-MJ-08524-PGL. The defendant is not detained; however, defense counsel has assented to the requested extension. As a result, the United States requests an extension of time to return an indictment or file an information. The requested exclusion of time represents a 30-day extension of the United States' time to file an indictment or an information under the Speedy Trial Act.

    2. Accordingly, the ends of justice served by granting the requested continuance and excluding the time period from October 16, 2025, through and including, December 16, 2025, from the speedy trial clock, outweigh the best interests of the public and the Defendant in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A) of the *Plan for Prompt Disposition of Criminal Cases* for the United States District

Court for the District of Massachusetts (effective December 2008).

In light of the foregoing, the Court hereby grants the Motion and **ORDERS** that, pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A) of the *Plan for Prompt Disposition of Criminal Cases*, (1) the date on which an Indictment or Information must be filed is continued to December 16, 2025; and (2) the period from October 16, 2025 through and including December 16, 2025, is excluded from the speedy trial clock and from the time within which an indictment or information must be filed.

_____
**HON. ALLISON D. BURROUGHS**
**UNITED STATES DISTRICT COURT JUDGE**